# Order

**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

Rehearing No. 580

3 Apr 2011

141695

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/
      Cross-Appellee,

v

EDWARD MICHAEL KOWALSKI,
      Defendant-Appellee/
      Cross-Appellant.

SC: 141695
COA: 288855
Lenawee CC: 08-013500-FH

_____

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____
Clerk